IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN RAMAGE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **RESCOT SYSTEMS GROUP, INC., et al.,** | : | |
| Defendants. | : | NO. 10-1120 |

## O R D E R

AND NOW, this 6th day of December 2011, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 16), and all responses thereto, for the reasons set forth in the Memorandum dated December 6, 2011, it is hereby ORDERED that Defendants' Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The Motion is GRANTED with respect to all claims alleging actual or perceived disability discrimination under the ADA or PHRA.

2. The Motion is GRANTED with respect to all claims alleging hostile work environment under the ADA or PHRA.

3. The Motion is GRANTED with respect to all claims alleging interference under the FMLA.

4. The Motion is DENIED with respect to all claims alleging retaliation under the ADA, PHRA, or FMLA.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge